**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Hector GONZALEZ–GOVEA, Defendant–Appellant.**

No. 02–10403.

D.C. No. CR–01–01464–JMR.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 8, 2003.*

Decided Sept. 15, 2003.

Russell Marsh, USTU–Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Lee Tucker, Esq., Tucson, AZ, for Defendant–Appellant.

Before PREGERSON, THOMAS and PAEZ, Circuit Judges.

### MEMORANDUM **

Hector Gonzalez–Govea appeals his conviction and 33–month sentence following his guilty plea to illegal reentry following deportation, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Gonzalez–Govea's counsel has submitted a brief stating that he has found no meritorious issues for review. No supple-

mental pro se brief was filed, and the government did not file a brief.

Our consideration of counsel's brief and our independent review of the record under *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), disclose no issues requiring further review. Accordingly, counsel's motion to withdraw is GRANTED, and the district court's judgment is AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

